*EXHIBIT C*

# POLICE ACCIDENT REPORT
NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
MV-104A (6/04)

**LOCAL CODES:** 201800017080
**HKTB8782SGP9**
☐ AMENDED REPORT

| Field | Value |
|---|---|
| ACCIDENT DATE | 03/26/2018 |
| DAY OF WEEK | Monday |
| MILITARY TIME | 08:31 |
| NO. OF VEHICLES | 2 |
| NO. INJURED | 1 |
| NO. KILLED | 0 |
| NOT INVESTIGATED AT SCENE | ☐ |
| ACCIDENT RECONSTRUCTED | ✓ |
| LEFT SCENE | ☐ |
| POLICE PHOTOS | ✓ YES ☐ NO |

## VEHICLE 1
- **DRIVER:** MOUDY, JOHN M
- **STATE OF LIC.:** NY
- **ADDRESS:** 6739 SHAWNEE ROAD, APT 4
- **CITY:** NORTH TONAWANDA, NY 14120
- **SEX:** M
- **NO. OF OCCUPANTS:** 01
- **NAME AS PRINTED ON REGISTRATION:** MOUDY, JOHN M
- **SEX:** M
- **ADDRESS:** 6739 SHAWNEE ROAD, APT 4
- **CITY:** NORTH TONAWANDA, NY 14120
- **PLATE NUMBER:** HJU3798
- **STATE OF REG.:** NY
- **VEHICLE YEAR & MAKE:** 1999 FORD
- **VEHICLE TYPE:** PICK
- **INS. CODE:** 766

## VEHICLE 2 ✓
- **DRIVER:** PROHASKA, NICHOLAS J
- **STATE OF LIC.:** NY
- **ADDRESS:** 3269 CRAIG DRIVE
- **CITY:** NORTH TONAWANDA, NY 14120
- **SEX:** M
- **NO. OF OCCUPANTS:** 01
- **NAME AS PRINTED ON REGISTRATION:** PROHASKA, NICHOLAS J
- **SEX:** M
- **ADDRESS:** 3269 CRAIG DRIVE
- **CITY:** NORTH TONAWANDA, NY 14120
- **PLATE NUMBER:** 99474MG
- **STATE OF REG.:** NY
- **VEHICLE YEAR & MAKE:** 2014 PTRB
- **VEHICLE TYPE:** C1
- **INS. CODE:** 328

### VEHICLE 1 DAMAGE CODES
- BOX 1 - POINT OF IMPACT: 11
- BOX 2 - MOST DAMAGE: 11
- ENTER UP TO THREE MORE DAMAGE CODES: 12, 5, 19
- VEHICLE BY: HARRINGTONS
- TOWED TO: HARRINGTONS

### VEHICLE 2 DAMAGE CODES
- BOX 1 - POINT OF IMPACT: 2
- BOX 2 - MOST DAMAGE: 2
- ENTER UP TO THREE MORE DAMAGE CODES: 1, 3, 19
- VEHICLE BY: HARRINGTONS
- TOWED TO: HARRINGTONS

**ACCIDENT DIAGRAM:** See the last page of the MV-104A for the accident diagram.

**COST OF REPAIRS TO ANY ONE VEHICLE WILL BE MORE THAN $1,000.** ✓ Yes ☐ No

### Location
- **REFERENCE MARKER:** 4 2 5 / 5 4 0 1 / 2 0 3 0
- **COUNTY:** NIAGARA
- **TOWN OF:** WHEATFIELD ✓
- **ROAD ON WHICH ACCIDENT:** SHAWNEE ROAD
- **AT INTERSECTING:** .50 MILES S OF SLUSARIC ROAD

### ACCIDENT DESCRIPTION/OFFICER'S NOTES
Driver of Vehicle#2, NICHOLAS J. PROHASKA stated he was traveling South on Shawnee Road when Vehicle#1 backed from a driveway at 6739 Shawnee Rd. with "No lights on." PROHASKA advised PATROL that Vehicle#1 backed directly into the path of Vehicle#2 and he was unable to avoid a collision. PROHASKA stated the front center of Vehicle#2 collided with the drivers door of Vehicle#1. PROHASKA stated he pulled to the shoulder of the roadway, exited Vehicle#2 and attempted to make contact with the driver of Vehicle#1 who appeared to be unresponsive. PROHASKA stated the driver

### All Involved
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | NAMES OF ALL INVOLVED | DATE OF DEATH ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | 1 | 29 | M | 1 | 3 | 2 | 9992 | 1405 | MOUDY, JOHN M | |
| B | 2 | 1 | 4 | 1 | 34 | M | - | - | - | | | PROHASKA, NICHOLAS J | |

- **OFFICER'S RANK:** Deputy
- **PRINT NAME:** JOEY TORTORELLA
- **BADGE/ID NO.:** 0102
- **NCIC NO.:** 03100
- **REVIEWING OFFICER:** TREIS, ANTHONY
- **DATE/TIME REVIEWED:** 4/5/2018 11:30

00000001  Last Mod: 4/5/2018 11:30 AM  https://www.crashlogic.com

# NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
## POLICE ACCIDENT REPORT
MV-104A (6/04)

LOCAL CODES: 201800017080
HKTB8782SGP9
☐ AMENDED REPORT

| ACCIDENT DATE | | | DAY OF WEEK | MILITARY TIME | NO. OF VEHICLES | NO. INJURED | NO. KILLED | NOT INVESTIGATED AT SCENE ☐ | LEFT SCENE ☐ | POLICE PHOTOS |
|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | | | | | | ACCIDENT RECONSTRUCTED ✓ | | ✓ YES ☐ NO |
| 03 | 26 | 2018 | Monday | 08:31 | 2 | 1 | 0 | | | |

VEHICLE 1 | ☐ VEHICLE ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

VEHICLE 1 - DRIVER | STATE OF LIC. | VEHICLE - DRIVER | STATE OF LIC.
LICENSE ID NUMBER | | LICENSE ID NUMBER |
DRIVER NAME - EXACTLY AS PRINTED ON LICENSE | | DRIVER NAME - EXACTLY AS PRINTED ON LICENSE |
ADDRESS (INCLUDE NUMBER AND STREET) | APT. NO. | ADDRESS (INCLUDE NUMBER AND STREET) | APT. NO.
CITY OR TOWN | STATE | ZIP CODE | CITY OR TOWN | STATE | ZIP CODE

DATE OF BIRTH | SEX | UNLICENSED ☐ | NO. OF OCCUPANTS | PUBLIC PROPERTY DAMAGED ☐
DATE OF BIRTH | SEX | UNLICENSED ☐ | NO. OF OCCUPANTS | PUBLIC PROPERTY DAMAGED ☐

NAME - EXACTLY AS PRINTED ON REGISTRATION | SEX | DATE OF BIRTH
ADDRESS (INCLUDE NUMBER AND STREET) | APT. NO. | HAZ. MAT. COD | RELEASED ☐
CITY OR TOWN | STATE | ZIP CODE

PLATE NUMBER | STATE OF REG. | VEHICLE YEAR & MAKE | VEHICLE TYPE | INS. CODE
TICKET/ARREST NUMBERS(S)
VIOLATION SECTION(S)

CHECK IF INVOLVED VEHICLE IS:
☐ MORE THAN 95 INCHES WIDE
☐ MORE THAN 34 FEET LONG
☐ OPERATED WITH AN OVERWEIGHT PERMIT
☐ OPERATED WITH AN OVERDIMENSION PERMIT

VEHICLE 1 DAMAGE CODES / VEHICLE 2 DAMAGE CODES
BOX 1 - POINT OF IMPACT: 1
BOX 2 - MOST DAMAGE: 2
ENTER UP TO THREE MORE DAMAGE CODES: 3 4 5

VEHICLE BY: TOWED TO:

VEHICLE DAMAGE CODING:
1-13 SEE DIAGRAM ON RIGHT
14. UNDERCARRIAGE  17. DEMOLISHED
15. TRAILER  18. NO DAMAGE
16. OVERTURNED  19. OTHER

CIRCLE THE DIAGRAM BELOW THAT DESCRIBES THE ACCIDENT, OR DRAW YOUR OWN DIAGRAM IN SPACE #9. NUMBER THE VEHICLES.
REAR END | LEFT TURN | RIGHT ANGLE | RIGHT TURN | HEAD ON
SIDESWIPE (SAME DIRECTION) | LEFT TURN | | RIGHT TURN | SIDESWIPE (OPPOSITE DIRECTION)

ACCIDENT DIAGRAM

COST OF REPAIRS TO ANY ONE VEHICLE WILL BE MORE THAN $1,000.
☐ UNKNOWN/UNABLE TO DETERMINE  ☐ Yes  ☐ No

REFERENCE MARKER | COORDINATES (IF AVAILABLE)
LATITUDE/NORTHING:
LONGITUDE/EASTING:

PLACE WHERE ACCIDENT OCCURRED:
COUNTY **NIAGARA**  ☐ CITY  ☐ VILLAGE  ☐ TOWN OF _____
ROAD ON WHICH ACCIDENT _____ (ROUTE NUMBER OR STREET NAME)
AT 1) INTERSECTING _____
OR 2) _____ ☐N ☐S  OF _____ (ROUTE NUMBER OR STREET NAME)
FEET  MILES  ☐E ☐W  (MILEPOST, NEAREST INTERSECTING ROUTE NUMBER OR STREET NAME)

ACCIDENT DESCRIPTION/OFFICER'S NOTES
of Vehicle#1, later identified by PATROL as JOHN M. MOUDY, appeared to be pinned inside the driver compartment from the impact. Upon arrival at the scene PATROL did break a passenger side window and with th assistance of resident forced a passenger door open with a pry bar too. PATROL observed MOUDY inside Vehicle#1 with labored breathing and a slight pulse. Due to MOUDY'S legs being pinned beneath the dash board/driver compartment, PATROL with NCSO Deputy AUSTIN were unable to remove MOUDY from his vehicle. MOUDY sustained injuries to his face/head/legs, chest and

USE COVER SHEET N

ALL INVOLVED:
A B C D E F

OFFICER'S RANK AND SIGNATURE: **Deputy** _Deputy J.A. Tortorella B102_
PRINT NAME IN FULL: **JOEY TORTORELLA**
BADGE/ID NO.: **0102**
NCIC NO.: **03100**
PRECINCT/POST TROOP/ZONE:
STATION/BEAT SECTOR:
REVIEWING OFFICER: **TREIS, ANTHONY**
DATE/TIME REVIEWED: **4/5/2018 11:30**

00000001  Last Mod: 4/5/2018 11:30 AM  https://www.crashlogic.com

# NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
# POLICE ACCIDENT REPORT
MV-104A (6/04)

LOCAL CODES
201800017080
HKTB8782SGP9
☐ AMENDED REPORT

| ACCIDENT DATE | | | DAY OF WEEK | MILITARY TIME | NO. OF VEHICLES | NO. INJURED | NO. KILLED | NOT INVESTIGATED AT SCENE ☐ | LEFT SCENE ☐ | POLICE PHOTOS |
|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | | | | | | ACCIDENT RECONSTRUCTED ✓ | | |
| 03 | 26 | 2018 | Monday | 08:31 | 2 | 1 | 0 | | | ✓ YES ☐ NO |

VEHICLE 1 — ☐ VEHICLE ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

**VEHICLE 1 - DRIVER** / STATE OF LIC.
LICENSE ID NUMBER
DRIVER NAME - EXACTLY AS PRINTED ON LICENSE
ADDRESS (INCLUDE NUMBER AND STREET) / APT. NO.
CITY OR TOWN / STATE / ZIP CODE
DATE OF BIRTH / SEX / UNLICENSED ☐ / NO. OF OCCUPANTS / PUBLIC PROPERTY DAMAGED ☐
NAME - EXACTLY AS PRINTED ON REGISTRATION / SEX / DATE OF BIRTH
ADDRESS (INCLUDE NUMBER AND STREET) / APT. NO. / HAZ. MAT. COD / RELEASED ☐
CITY OR TOWN / STATE / ZIP CODE
PLATE NUMBER / STATE OF REG. / VEHICLE YEAR & MAKE / VEHICLE TYPE / INS. CODE
TICKET/ARREST NUMBERS(S)
VIOLATION SECTION(S)

**VEHICLE - DRIVER** / STATE OF LIC.
LICENSE ID NUMBER
DRIVER NAME - EXACTLY AS PRINTED ON LICENSE
ADDRESS (INCLUDE NUMBER AND STREET) / APT. NO.
CITY OR TOWN / STATE / ZIP CODE
DATE OF BIRTH / SEX / UNLICENSED ☐ / NO. OF OCCUPANTS / PUBLIC PROPERTY DAMAGED ☐
NAME - EXACTLY AS PRINTED ON REGISTRATION / SEX / DATE OF BIRTH
ADDRESS (INCLUDE NUMBER AND STREET) / APT. NO. / HAZ. MAT. COD / RELEASED ☐
CITY OR TOWN / STATE / ZIP CODE
PLATE NUMBER / STATE OF REG. / VEHICLE YEAR & MAKE / VEHICLE TYPE / INS. CODE
TICKET/ARREST NUMBERS(S)
VIOLATION SECTION(S)

CHECK IF INVOLVED VEHICLE IS:
- ☐ MORE THAN 95 INCHES WIDE;
- ☐ MORE THAN 34 FEET LONG;
- ☐ OPERATED WITH AN OVERWEIGHT PERMIT;
- ☐ OPERATED WITH AN OVERDIMENSION PERMIT.

VEHICLE 1 DAMAGE CODES
BOX 1 - POINT OF IMPACT: 1
BOX 2 - MOST DAMAGE: 2
ENTER UP TO THREE MORE DAMAGE CODES: 3, 4, 5

VEHICLE BY: / TOWED TO:

CHECK IF INVOLVED VEHICLE IS:
- ☐ MORE THAN 95 INCHES WIDE;
- ☐ MORE THAN 34 FEET LONG;
- ☐ OPERATED WITH AN OVERWEIGHT PERMIT;
- ☐ OPERATED WITH AN OVERDIMENSION PERMIT.

VEHICLE 2 DAMAGE CODES
BOX 1 - POINT OF IMPACT: 1
BOX 2 - MOST DAMAGE: 2
ENTER UP TO THREE MORE DAMAGE CODES: 3, 4, 5

VEHICLE BY: / TOWED TO:

CIRCLE THE DIAGRAM BELOW THAT DESCRIBES THE ACCIDENT, OR DRAW YOUR OWN DIAGRAM IN SPACE #9. NUMBER THE VEHICLES.
1. REAR END
2. LEFT TURN
3. RIGHT ANGLE
4. RIGHT TURN
5. HEAD ON
6. SIDESWIPE (SAME DIRECTION)
7. LEFT TURN
8. RIGHT TURN
9. SIDESWIPE (OPPOSITE DIRECTION)

ACCIDENT DIAGRAM

VEHICLE DAMAGE CODING:
1-13 SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER         18. NO DAMAGE
16. OVERTURNED      19. OTHER

[diagram positions 1-13 around vehicle outline]

COST OF REPAIRS TO ANY ONE VEHICLE WILL BE MORE THAN $1,000.
☐ UNKNOWN/UNABLE TO DETERMINE   ☐ Yes   ☐ No

REFERENCE MARKER / COORDINATES (IF AVAILABLE) / LATITUDE/NORTHING: / LONGITUDE/EASTING:

PLACE WHERE ACCIDENT OCCURRED:
COUNTY **NIAGARA**   ☐ CITY  ☐ VILLAGE  ☐ TOWN OF _____
ROAD ON WHICH ACCIDENT _____ (ROUTE NUMBER OR STREET NAME)
AT 1) INTERSECTING _____
OR 2) _____ FEET  ☐ MILES  ☐ N ☐ S ☐ E ☐ W OF _____ (ROUTE NUMBER OR STREET NAME)
(MILEPOST, NEAREST INTERSECTING ROUTE NUMBER OR STREET NAME)

**ACCIDENT DESCRIPTION/OFFICER'S NOTES**
remained unconscious upon arrival of EMS personnel from Shawnee Fire Co. and Mercy Flight. A landing zone was set up on Shawnee Road at which time MOUDY was transported with life threatening injuries by Mercy Flight to the Erie County Medical Center. A neighbor at 6743 Shawnee Road, Jason J. Jafari (06/15/82) advised PATROL he was lying on his couch at approx. 0630 Hrs. on 03/26/18 when he heard a loud crash in front of his residence. Jafari advised PATROL when he ran outside to assist PROHASKA with MOUDY he observed Vehicle#1 had no lights on. Jafari advised

USE COVER SHEET N

| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | NAMES OF ALL INVOLVED | DATE OF DEATH ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | | | |
| B | | | | | | | | | | | | |
| C | | | | | | | | | | | | |
| D | | | | | | | | | | | | |
| E | | | | | | | | | | | | |
| F | | | | | | | | | | | | |

ALL INVOLVED

| OFFICER'S RANK AND SIGNATURE | **Deputy** _[signature]_ #102 | BADGE/ID NO. | NCIC NO. | PRECINCT/POST TROOP/ZONE | STATION/BEAT SECTOR | REVIEWING OFFICER | DATE/TIME REVIEWED |
|---|---|---|---|---|---|---|---|
| PRINT NAME IN FULL | **JOEY TORTORELLA** | 0102 | 03100 | | | **TREIS, ANTHONY** | 4/5/2018 11:30 |

00000001   Last Mod: 4/5/2018 11:30 AM   https://www.crashlogic.com

PAGE 4 OF 5 PAGE

LOCAL CODES
201800017080
HKTB8782SGP9    ☐ AMENDED REPORT

NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES
# POLICE ACCIDENT REPORT
MV-104A (6/04)

| ACCIDENT DATE | | | DAY OF WEEK | MILITARY TIME | NO. OF VEHICLES | NO. INJURED | NO. KILLED | NOT INVESTIGATED AT SCENE ☐ | LEFT SCENE ☐ | POLICE PHOTOS |
|---|---|---|---|---|---|---|---|---|---|---|
| MONTH | DAY | YEAR | | | | | | ACCIDENT RECONSTRUCTED ✓ | | ✓ YES ☐ NO |
| 03 | 26 | 2018 | Monday | 08:31 | 2 | 1 | 0 | | | |

VEHICLE 1 — ☐ VEHICLE  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

VEHICLE 1 - DRIVER | STATE OF LIC. | VEHICLE - DRIVER | STATE OF LIC.
LICENSE ID NUMBER | | LICENSE ID NUMBER |

DRIVER NAME - EXACTLY AS PRINTED ON LICENSE | DRIVER NAME - EXACTLY AS PRINTED ON LICENSE

ADDRESS (INCLUDE NUMBER AND STREET) | APT. NO. | ADDRESS (INCLUDE NUMBER AND STREET) | APT. NO.

CITY OR TOWN | STATE | ZIP CODE | CITY OR TOWN | STATE | ZIP CODE

DATE OF BIRTH | SEX | UNLICENSED ☐ | NO. OF OCCUPANTS | PUBLIC PROPERTY DAMAGED ☐ | DATE OF BIRTH | SEX | UNLICENSED ☐ | NO. OF OCCUPANTS | PUBLIC PROPERTY DAMAGED ☐

NAME - EXACTLY AS PRINTED ON REGISTRATION | SEX | DATE OF BIRTH | NAME - EXACTLY AS PRINTED ON REGISTRATION | SEX | DATE OF BIRTH

ADDRESS (INCLUDE NUMBER AND STREET) | APT. NO. | HAZ. MAT. COD | RELEASED ☐ | ADDRESS (INCLUDE NUMBER AND STREET) | APT. NO. | HAZ. MAT. COD | RELEASED ☐

CITY OR TOWN | STATE | ZIP CODE | CITY OR TOWN | STATE | ZIP CODE

PLATE NUMBER | STATE OF REG. | VEHICLE YEAR & MAKE | VEHICLE TYPE | INS. CODE | PLATE NUMBER | STATE OF REG. | VEHICLE YEAR & MAKE | VEHICLE TYPE | INS. CODE

TICKET/ARREST NUMBERS(S) | TICKET/ARREST NUMBERS(S)

VIOLATION SECTION(S) | VIOLATION SECTION(S)

CHECK IF INVOLVED VEHICLE IS:
☐ MORE THAN 95 INCHES WIDE;
☐ MORE THAN 34 FEET LONG;
☐ OPERATED WITH AN OVERWEIGHT PERMIT;
☐ OPERATED WITH AN OVERDIMENSION PERMIT.

VEHICLE 1 DAMAGE CODES
BOX 1 - POINT OF IMPACT: 1
BOX 2 - MOST DAMAGE: 2
ENTER UP TO THREE MORE DAMAGE CODES: 3, 4, 5

VEHICLE BY: TOWED TO:

CHECK IF INVOLVED VEHICLE IS:
☐ MORE THAN 95 INCHES WIDE;
☐ MORE THAN 34 FEET LONG;
☐ OPERATED WITH AN OVERWEIGHT PERMIT;
☐ OPERATED WITH AN OVERDIMENSION PERMIT.

VEHICLE 2 DAMAGE CODES
BOX 1 - POINT OF IMPACT: 1
BOX 2 - MOST DAMAGE: 2
ENTER UP TO THREE MORE DAMAGE CODES: 3, 4, 5

VEHICLE BY: TOWED TO:

CIRCLE THE DIAGRAM BELOW THAT DESCRIBES THE ACCIDENT, OR DRAW YOUR OWN DIAGRAM IN SPACE #9. NUMBER THE VEHICLES.

REAR END 1. | LEFT TURN 3. | RIGHT ANGLE | RIGHT TURN 5. | HEAD ON 7.
SIDESWIPE (SAME DIRECTION) 2. | LEFT TURN 0. | 4. | RIGHT TURN 6. | SIDESWIPE (OPPOSITE DIRECTION) 8.

ACCIDENT DIAGRAM

VEHICLE DAMAGE CODING:
1-13 SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

(Diagram positions: 1–13 around vehicle outline, 13 center)

COST OF REPAIRS TO ANY ONE VEHICLE WILL BE MORE THAN $1,000.
☐ UNKNOWN/UNABLE TO DETERMINE  ☐ Yes  ☐ No

REFERENCE MARKER | COORDINATES (IF AVAILABLE) LATITUDE/NORTHING: LONGITUDE/EASTING: | PLACE WHERE ACCIDENT OCCURRED:
COUNTY **NIAGARA**  ☐ CITY  ☐ VILLAGE  ☐ TOWN OF _____
ROAD ON WHICH ACCIDENT _____ (ROUTE NUMBER OR STREET NAME)
AT 1) INTERSECTING _____
OR 2) _____ ☐ N ☐ S   OF   (ROUTE NUMBER OR STREET NAME)
FEET  MILES  ☐ E ☐ W   (MILEPOST, NEAREST INTERSECTING ROUTE NUMBER OR STREET NAME)

ACCIDENT DESCRIPTION/OFFICER'S NOTES
PATROL he did not witness the accident, however, he did not see Vehicle#1 with lights on at any time. Jafari provided PATROL with a statement to the incident.

USE COVER SHEET
N

| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | NAMES OF ALL INVOLVED | DATE OF DEATH ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | | | |
| B | | | | | | | | | | | | |
| C | | | | | | | | | | | | |
| D | | | | | | | | | | | | |
| E | | | | | | | | | | | | |
| F | | | | | | | | | | | | |

ALL INVOLVED

OFFICER'S RANK AND SIGNATURE: **Deputy**  _Deputy J a Q... #102_
PRINT NAME IN FULL: **JOEY TORTORELLA**
BADGE/ID NO.: **0102**
NCIC NO.: **03100**
PRECINCT/POST TROOP/ZONE: 
STATION/BEAT SECTOR: 
REVIEWING OFFICER: **TREIS, ANTHONY**
DATE/TIME REVIEWED: **4/5/2018  11:30**

00000001   Last Mod: 4/5/2018 11:30 AM                                         https://www.crashlogic.com

| LOCAL CODES | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 201800017080 | | | | NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES | | | | | | |
| HKTB8782SGP9 | | | ☐ AMENDED REPORT | POLICE ACCIDENT REPORT MV-104A (6/04) | | | | | | |

| ACCIDENT DATE | | | DAY OF WEEK | MILITARY TIME | NO. OF VEHICLES | NO. INJURED | NO. KILLED | NOT INVESTIGATED AT SCENE ☐ ACCIDENT RECONSTRUCTED ✓ | LEFT SCENE ☐ | POLICE PHOTOS ✓ YES ☐ NO |
|---|---|---|---|---|---|---|---|---|---|---|
| MONTH 03 | DAY 26 | YEAR 2018 | Monday | 08:31 | 2 | 1 | 0 | | | |



Shawnee Road

| OFFICER'S RANK AND SIGNATURE | Deputy [signature] # 102 | BADGE/ID NO. 0102 | NCIC NO. 03100 | PRECINCT/POST TROOP/ZONE | STATION/BEAT SECTOR | REVIEWING OFFICER TREIS, ANTHONY | DATE/TIME REVIEWED 4/5/2018 11:30 |
|---|---|---|---|---|---|---|---|
| PRINT NAME IN FULL | JOEY TORTORELLA | | | | | | |
| 00000001 | Last Mod: 4/5/2018 11:30 AM | | | | | | https://www.crashlogic.com |

# TRUCK and BUS SUPPLEMENTAL POLICE ACCIDENT REPORT

MV-104S (10/05)

Mail To: NYS Dept. of Motor Vehicles, Accident Records Bureau, PO Box 2084, Albany NY 12220-0084


**NEW YORK STATE DMV**

**Local Codes:** 201800017080 / HKTB8782SGP9
☐ AMENDED REPORT

**INSTRUCTIONS:** You must complete this form:
- ◆ If at least one of the vehicles involved is:
  - a truck having a GVWR or GCWR > 10,000 lbs; or
  - a vehicle with a Haz Mat placard; or
  - a bus designed to carry 9 or more persons, including the driver;
- ◆ AND at least one of the following conditions is met:
  - at least one person sustained fatal injuries
  - at least one person was transported for IMMEDIATE medical treatment
  - at least one vehicle is disabled and was towed/transported from the scene.

**Number of:**
- Trucks having a GVWR or GCWR > 10,000 lbs.: **1**
- Vehicles with a Haz Mat placard: **0**
- Buses designed to carry 9 or more persons: **0**

**Number of Vehicles:**
- Towed/transported from scene due to damage: **2**

**Number of Persons:**
- Sustaining fatal injuries: **0**
- Transported for IMMEDIATE medical treatment: **1**

| ACCIDENT DATE | MILITARY TIME | COUNTY | CITY/TOWN/VILLAGE |
|---|---|---|---|
| Month 03 Day 26 Year 2018 | 08:31 | Niagara | WHEATFIELD, Town of |

## DRIVER

**DRIVER LICENSE ID #:** 5 1 2 2 1 2 6 7 4   **STATE OF LIC.:** NY

**DRIVER NAME** (Last, First, M.I.): **PROHASKA, NICHOLAS J**

**LICENSE CLASS:**
1 A  2 B  3 CDL C  4 D  5 DJ
6 E  7 M  8 MJ  9 OTHER  10 DM  → **7**

**DATE OF BIRTH:** Month __ Day __ Year __

**SEX:** 1 Male  2 Female → **1**

## CARRIER

**CARRIER NAME:** JEFF YATES TOOLS

| STREET OR P.O. BOX | CITY | STATE | ZIP CODE | TOTAL AXLES (Includes Trailers) |
|---|---|---|---|---|
| 3564 ORANGEPORT ROAD | GASPORT | NY | 14067 | **2** |

| PLATE NUMBER | STATE OR REG. | CARRIER'S IDENTIFICATION NUMBERS | |
|---|---|---|---|
| 99474MG | NY | US DOT  1 7 7 8 0 8 2 | ICC MC |

**WEIGHT RATING OF TRUCK POWER UNIT**
1 Less than or equal to 10,000 lbs.
2 10,001 - 26,000 lbs.
3 More than 26,000 lbs  → **2**

**VEHICLE IDENTIFICATION NUMBER:** 2 N P 2 H M 6 X 1 E M 2 2 6 3 2 3

**VEHICLE CONFIGURATION** → **2**
1 Bus (seats for more than 15 people, including driver)
2 Single-unit Truck: (2-axle, 6-tire)
3 Single-unit Truck: (3 or more axles)
4 Truck/Trailer
5 Truck Tractor (bobtail)
6 Tractor/Semi-trailer
7 Tractor/Doubles
8 Tractor/Triples
9 Unknown Heavy Truck, cannot classify
10 Passenger Car - only record when vehicle displays a Hazardous Material placard
11 Light truck (van, mini-van, panel, pickup, sport utility vehicle) only record when vehicle displays a HM placard
12 Bus (seats for 9-15 people, including driver)

**TRAFFIC WAY** → **1**
1 Two-way, not divided
2 Tow-way, divided, unprotected median
3 Two-way, divided, positive median barrier
4 One-way not divided
5 Not reported

**CARGO BODY TYPE** → **2**
1 Bus (seats for more than 15 people, including driver)
2 Van/Enclosed Box
3 Cargo Tank
4 Flatbed
5 Dump
6 Concrete Mixer
7 Auto Transporter
8 Garbage/Refuse
9 Other
10 Grain, Chips, Gravel
11 Pole
12 Bus (seats for 9-15 people, including driver)

**ACCESS CONTROL** → **1**
1 No Access Control
2 Full Access Control
3 Partial Access Control

**HAZARDOUS MATERIALS INVOLVEMENT** → **2**
Does vehicle have Haz Mat placard?  1 Yes  2 No

COPY FROM PLACARD:
- 4-digit identification number from diamond/orange panel
- 1 or 2-digit number from bottom of diamond

**NAME OF HAZ MAT CLASS:** ____

**WAS HAZARDOUS CARGO RELEASED FROM VEHICLE (Other than fuel from fuel tank)?**  1 Yes  2 No → **2**

**SEQUENCE OF EVENTS (FOR THIS VEHICLE):** 9, 12, 13, 14
1 Ran Off Road (noncollision)
2 Jackknife (noncollision)
3 Overturn/Rollover (noncollision)
4 Downhill Runaway (noncollision)
5 Cargo Loss of Shift (noncollision)
6 Explosion or Fire (noncollision)
7 Separation of Units (noncollision)
8 Involving Pedestrian (collision)
9 Involving Motor Vehicle in Transport (collision)
10 Involving Parked Motor Vehicle (collision)
11 Involving Train (collision)
12 Involving Pedalcycle (collision)
13 Involving Animal (collision)
14 Involving Fixed Object (collision)
18 Cross Median/Centerline (noncollision)
19 Equipment Failure (noncollision) (brake, failure, blown tires, etc.)
20 Other (noncollision)
21 Unknown (noncollision)
22 With Work Zone Maintenance Equipment (collision)
23 With Other Movable Object (collision)
24 With Unknown Movable Object (collision)

| OFFICER's RANK AND SIGNATURE | BADGE/ID NO. | NCIC NO. | DATE OF REPORT |
|---|---|---|---|
| Deputy — [signature] #102 | 0102 | 03100 | |

**PRINT NAME IN FULL:** JOEY TORTORELLA

00000001   Last Mod: 4/5/2018 11:30 AM   https://www.crashlogic.com



https://www.crashlogic.com